# **Table of Exhibits**

Exhibit A ………………………… Judge Furman's Order under case #: 1-21-CV-06588

Exhibit B ………………………… Stipulation under case #: 1-21-CV-06588

Exhibit C ………………………… Immigration Judge's Decision Dated 10/7/2021

Exhibit D ………………………… Receipt for BIA Appeal Dated 11/1/2021

Exhibit E ………………………… Receipt for Application to extend status

      Exhibit E1………………………… Denial Notice for Application to extend status

Exhibit F            Bond Denial dated 7/19/2021

Exhibit G ………………………… Appeal to the Board of Immigration Appeals of 6.15.21
Order of Removal

Exhibit H ………………………… Decision and Order of the Immigration Judge 6.15.21

Exhibit I ………………………… Notice of Appeal to the BIA of 4.25.21 Decision

Exhibit J ………………………… Decision and Order of the Immigration Judge 4.25.21

Exhibit K ………………………… Opposition to DHS Motion to Reconsider

Exhibit L ………………………… DHS Motion to Reconsider Bond Determination

Exhibit M ………………………… New York Supreme Court Notice of Appeal

Exhibit N ………………………… Certificate of Disposition and Verdict of Conviction

Exhibit O ………………………… Decision and Order of Justice Platkin

Exhibit P ………………………… Contracts with Netflix, RTL, HBO and Infonetwork

Exhibit Q ………………………… Immigration Documents

Exhibit R ………………………… Board of Parole Documents

Exhibit S ………………………… Parole Memorandum

Exhibit T………………………….. DHS Evidence on Bond

      Exhibit T1………………………… DHS Evidence on Bond Pt 1

Exhibit T2.............................. DHS Evidence on Bond Pt 2

Exhibit T3.............................. DHS Evidence on Bond Pt 3

Exhibit A ………………………….  Judge Furman's Order under case #: 1-21-CV-06588

Exhibit B …………………………. Stipulation under case #: 1-21-CV-06588

Exhibit C …………………………. Immigration Judge's Decision Dated 10/7/2021

Exhibit D …………………………. Receipt for BIA Appeal Dated 11/1/2021

Exhibit E …………………………. Receipt for Application to extend status

Exhibit E1…………………………. Denial Notice for Application to extend status

Exhibit F       Bond Denial dated 7/19/2021

Exhibit G ………………………… Appeal to the Board of Immigration Appeals of 6.15.21 Order of Removal

Exhibit H …………………………. Decision and Order of the Immigration Judge 6.15.21

Exhibit I …………………………. Notice of Appeal to the BIA of 4.25.21 Decision

Exhibit J …………………………. Decision and Order of the Immigration Judge 4.25.21

Exhibit K ……………………….  Opposition to DHS Motion to Reconsider

Exhibit L ……………………….   DHS Motion to Reconsider Bond Determination

Exhibit M ………………………. New York Supreme Court Notice of Appeal

Exhibit N ………………………. Certificate of Disposition and Verdict of Conviction

Exhibit O …………………………. Decision and Order of Justice Platkin

Exhibit P …………………………. Contracts with Netflix, RTL, HBO and Infonetwork

Exhibit Q ………………………… Immigration Documents

Exhibit R ……………………………. Board of Parole Documents

Exhibit S ……………………….  Parole Memorandum

Exhibit T…………………………..  DHS Evidence on Bond

Exhibit T1…………………………. DHS Evidence on Bond Pt 1

Exhibit T2……………………………. DHS Evidence on Bond Pt 2

Exhibit T3…………………………. DHS Evidence on Bond Pt 3