Exhibit F					Bond Denial dated 7/19/2021

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
201 VARICK ST., RM 1140
NEW YORK, NY 10014

The Law Offices of Audrey A. Thomas P.C.
Thomas, Audrey
245-07 Francis Lewis Blvd
Rosedale, NY 11422

In the matter of          File A ██████          DATE: Jul 19, 2021
SOROKIN, ANNA

\_ Unable to forward - No address provided.

X Attached is a copy of the decision of the Immigration Judge. This decision
is final unless an appeal is filed with the Board of Immigration Appeals
within 30 calendar days of the date of the mailing of this written decision.
See the enclosed forms and instructions for properly preparing your appeal.
Your notice of appeal, attached documents, and fee or fee waiver request
must be mailed to:   Board of Immigration Appeals
                     Office of the Clerk
                     5107 Leesburg Pike, Suite 2000
                     Falls Church, VA 22041

\_ Attached is a copy of the decision of the immigration judge as the result
of your Failure to Appear at your scheduled deportation or removal hearing.
This decision is final unless a Motion to Reopen is filed in accordance
with Section 242b(c)(3) of the Immigration and Nationality Act, 8 U.S.C. §
1252b(c)(3) in deportation proceedings or section 240(b)(5)(C), 8 U.S.C. §
1229a(b)(5)(C) in removal proceedings. If you file a motion to reopen, your
motion must be filed with this court:
                     IMMIGRATION COURT
                     201 VARICK ST., RM 1140
                     NEW YORK, NY 10014

\_ Attached is a copy of the decision of the immigration judge relating to a
Reasonable Fear Review. This is a final order. Pursuant to 8 C.F.R. §
1208.31(g)(1), no administrative appeal is available. However, you may file
a petition for review within 30 days with the appropriate Circuit Court of
Appeals to appeal this decision pursuant to 8 U.S.C. § 1252; INA §242.

\_ Attached is a copy of the decision of the immigration judge relating to a
Credible Fear Review. This is a final order. No appeal is available.

X Other: ORDER OF THE IMMIGRATION JUDGE; Bond Redetermination

_____
COURT CLERK
IMMIGRATION COURT                                            FF

cc: ASSISTANT CHIEF COUNSEL
    201 VARICK STREET, ROOM #1130

NEW YORK, NY, 10014

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
IMMIGRATION COURT
NEW YORK, NY

In the Matter of: **ANNA SOROKIN**   A Number: A-

## ORDER OF THE IMMIGRATION JUDGE

Upon consideration of the Respondent's Motion for BOND REDETERMINATION HEARING, it is HEREBY ORDERED that the motion be ☐ GRANTED ☒ DENIED because:

☐ DHS does not oppose the motion

☐ A response to the motion has not been filed with the court.

☐ Good cause has been established for the motion

☐ The Court agrees with the reasons stated in the opposition to the motion

☐ The motion is untimely per _____.

☒ Other: This Court has no jurisdiction - see
Deadlines: Memorandum Decision of the Immigration Judge, dated 4/25/21 - also on appeal with BIA. No materially changed circumstances demonstrated.

☐ _____

Date: 7/19/2021

_____
Charles Conroy
Immigration Judge

---

Certificate of Service

The document was served by: [ ] Mail    [ ] ☐Personal Service

To:   [ ] Alien   [ ] Alien c/o Custodial officer   [P] Alien's atty/Rep   [M] DHS

Date: 7/19/21

By: Court staff SAR

27