Exhibit Q …………………………. Immigration Documents

# INSTRUCTION SHEET TO DETAINEE REGARDING REQUIREMENT TO ASSIST IN REMOVAL

The following is a list of things you are required to complete within 30 days of receiving this form, in order comply with your obligation to assist in obtaining a travel document:

*Mandatory requirements will be checked off by the ICE officer depending on the facts of each case. Failure to comply or provide sufficient evidence of your inability to comply, may result in the extension of the removal period and subject you to further detention. In addition, you may be subject to criminal prosecution. If you need assistance in complying with any of the requirements, please contact a Deportation Officer.*

- ☒ Submit passports (current and expired) to ICE. If you have a copy of your passport, you are to submit it.
- ☒ Apply for a travel document/passport from your embassy or consulate, or directly from your government in your native country, or any other embassy or consulate of your native country in another country.
- ☒ Comply with all instructions from all embassies or consulates requiring completion of documentation for issuance of a travel document.
- ☒ Submit to ICE birth certificates, national identification cards, and any other document issued by a foreign government indicating your citizenship, nationality, place of birth, and place of residence prior to entering the United States.
- ☒ Provide names and addresses of family and friends residing in the United States and request that they contact your embassy or consulate in the United States, in order to facilitate the issuance of a travel document.
- ☒ Provide names and addresses of family and friends residing in your country of citizenship and request family and friends residing abroad contact your government in reference to issuing a travel document.
- ☒ You are required to take measures to request reinstatement of your previous nationality, register as required, or take any other action that will ensure the issuance of a travel document and your removal from the United States.
- ☒ Provide ICE with written copies of requests to embassies or consulates requesting issuance of a travel document.
- ☒ Provide ICE with written copies of responses from embassies or consulates regarding your requests.
- ☒ Solicit permission from another country, which may be able to accept you, to enter that country to affect your removal from the United States.
- ☒ Provide your true and correct name and date of birth and any other identities you have ever used.
- ☐ Other:_____

Alien's Signature ✗ _____  A Number XXXX982

Served by L 3673 HAMPTON on March 29, 2021 at BERGEN CO. JAIL VRK-T
        Officer's Name       Date       Location

**To be served with I-229 (a) no later than 30 days after the final order**

(Rev. 04/18/12)

# U.S. Department of Homeland Security
Immigration and Customs Enforcement

# Warning for Failure to Depart

| Name: SOROKIN, ANNA | Field Office: VRK-T | File #: XXXXXXX |
|---|---|---|

Section 243(a) of the Immigration and Nationality Act provides, in part, that:

Any alien against whom a final order of removal is outstanding by reason of being a member of any of the classes described in section 237(a) who—
  (A) willfully fails or refuses to depart from the United States within a period of 90 days* from the date of the final order of removal under administrative processes, or if judicial review is had, then from the date of the final order of the court,
  (B) willfully fails or refuses to make timely application in good faith for travel or other documents necessary to the alien's departure,
  (C) connives or conspires, or takes any other action, designed to prevent or hamper or with the purpose of preventing or hampering the alien's departure pursuant to such, or
  (D) willfully fails or refuses to present himself or herself for removal at the time and place required by the Attorney General pursuant to such order,
shall be fined under title 18, United States Code, or imprisoned not more than four years (or 10 years if the alien is a member of any of the classes described in paragraph (1)(E), (2), (3), or (4) of section 237(a)), or both.

Nothing in this section shall make it a violation to take proper steps for the purpose of securing cancellation of or exemption from such order of removal or for the purpose of securing the alien's release from incarceration or custody.

Any action Immigration and Customs Enforcement may take to obtain a travel document for your departure or to remove you will *NOT* relieve you of the liability for compliance with the provisions of law referred to in the first paragraph above.

\* Section 241(a)(1)(C) provides for the extension of the statutory removal period if the alien refuses, during the removal period, to make application in good faith, for a travel or other document necessary for the alien's removal or departure or conspires or acts to prevent the alien's removal subject to an order of removal.

| Date Order Final: February 9, 2021 | Ordered Removed under Section: 237a1B, 8 USC 1227 |
|---|---|

## Record of Service
(Check method used)

**( ) Record of Personal Service**

| Served By: (Print Name and Title of Officer) L 3673 HAMPTON, DEPORTATION OFFICER | Date: March 29, 2021 |
|---|---|
| Officer's Signature: [signed] | Location of Service: BERGEN CO. JAIL  ICE  ERO VARRICK SUB OFFICE  NEW YORK NY 10014 |
| Served On: (Alien's Signature) | Date: March 29, 2021 |

| ( ) Warning administered in Court (Copy of order attached) | Record of Personal Service (Cont.) |
|---|---|
| ( ) Certified Mail Service | Fingerprint of Alien (Specify finger used) |
| Attach certified mail receipts here. | [fingerprint] Right Index |

Form I-229(a)
(Revised 12/04/02)

*Office of Enforcement and Removal Operations*
*New York Field Office*

**U.S. Department of Homeland Security**
26 Federal Plaza, Suite 1105
New York, N.Y. 10278



## U.S. Immigration and Customs Enforcement

Audrey Thomas, Esq.
Law Office of Audrey Thomas
245 07 Francis Lewis Blvd
Rosedale NY, 11422

Re: Request for administrative Stay of Removal for SOROKIN, Anna (XXXXXXX)

Dear Mrs. Thomas,

This letter is in response to your request for an administrative Stay of Removal, on behalf of your client, Mrs. Anna Sorokin.

Upon a review of all the aggravating and mitigating factors in his case, I have determined that there is no compelling reason to warrant a favorable exercise of discretion.

Your application for a Stay of Removal is therefore denied. Please be advised that there is no administrative appeal of this decision.

Should you have any questions in this matter, please contact Deportation Officer Mascia at 212-863-3569.

Sincerely,



**DARIUS L REEVES**
Digitally signed by DARIUS L REEVES
Date: 2021.03.29 14:53:59 -04'00'

Thomas R. Decker
Field Office Director



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement

# VISA WAIVER PROGRAM (VWP)
## NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER

File Number: 

Alien's Name: SOROKIN, ANNA

The Department of Homeland Security (DHS) has determined that you entered the United States pursuant to Section 217 of the Immigration and Nationality Act (INA or the Act). Accordingly, you signed and agreed to the conditions stated on Form I-94W, Nonimmigrant Visa Waiver Arrival/Departure Document or the Electronic System of Travel Authorization (ESTA), either of which explained to you the conditions of admission under the Visa Waiver Program. As a condition of your admission into the United States under the Visa Waiver Program, you agreed to waive your right to contest any removal action, other than on the basis of an application for asylum.

DHS alleges that:

1. You are not a citizen or national of the United States;

2. You are a native of USSR and a citizen of GERMANY;

3. You were admitted to the United States at Newark, NJ on or about June 7, 2017 as a nonimmigrant visitor (WB) pursuant to Section 217 of the Immigration and Nationality Act under the Visa Waiver Program with authorization to remain in the United States for a temporary period not to exceed September 04, 2017;

4. You remained in the United States beyond September 04, 2017 without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

Based on the information above, you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States;

Therefore, DHS is serving you this Notice of Intent to Issue a Final Administrative Removal Order ("Notice of Intent"). You are not entitled to a hearing before an Immigration Judge regarding your removability.

| BATAVIA, NY | 2/09/2021 | |
|---|---|---|
| (City and State) | (Date) | |
| DEREK FIDELI | SDDO | |
| (Printed Name) | (Title) | (Signature of Issuing Officer) |

If you wish to contest any of the above factual allegations or your removability, you will be granted 10 days from the time of service of this notice to do so. You may request, for good cause, an extension of time to rebut the charges stated above, to obtain supporting evidence, or to consult an attorney. If you fear persecution in your country of nationality, citizenship, or last residence on account of race, religion, nationality, membership in a particular social group, or political opinion, you may apply for asylum under section 208 of the Act or withholding of removal under section 241(b)(3) of the Act. If you fear torture in your country of nationality, citizenship, or last residence, you may apply for withholding or deferral of removal under the regulations implementing U.S. obligations under Article 3 of the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding or deferral of removal would prohibit your return to a country or countries where you are more likely than not to be persecuted or tortured, but would not prevent your removal to other countries. If you fail to respond to these charges within the required timeframe, you will be ordered removed from the United States to your country of nationality, citizenship, or last residence. In the event DHS cannot remove you to one of the aforementioned countries, attempts will be made to remove you to a country in accordance with section 241(b)(2)(E) of the Act. You do not have any administrative appeal rights once the removal order has been issued by the deciding officer. Subject to DHS's discretion, you may be detained pending your removal.

## Certificate of Service

I personally served this Notice of Intent on the alien. I have determined that the person served with this document is the individual named on this form. I explained this Notice of Intent to the alien in the _English_ language, and confirmed that he / she understood it,

☒ without the need of an interpreter; OR

☐ via an interpreter, _____ (Name/Title/ID/Company).

Deportation Officer T. Finnigan / [signature] #9751 / 2/09/2021
(Printed Name and Title of Officer) (Signature of Officer) (Date/Time)

---

**I acknowledge that I have received this Notice of Intent**

[signature] / 2/9/2021
(Alien's Signature) (Date)

☐ Alien refused to acknowledge receipt of this document (witness signature required if alien refuses to sign).

DO Tony Finnigan / [signature] / 2/09/21 1330
(Printed Name and Title of Witness) (Signature of Witness) (Date/Time)

---

**I do not wish to contest the allegations and charge(s) contained in the Notice of Intent**

☐ I admit the allegations and charge(s) in this Notice of Intent. I do not wish to request Asylum, Withholding or Deferral of Removal. I wish to be removed from the United States to my country of nationality, citizenship, or last residence.

☐ I admit the allegations and charge(s) in this Notice of Intent. However, I wish to request Asylum, Withholding or Deferral of Removal as notated below.

**OR**
**I Wish to Contest Removability**

☐ I contest the allegations and charge(s) in this Notice of Intent. (Attach any supporting documentation)
  ☐ I am a citizen or national of the United States.
  ☐ I am a lawful permanent resident of the United States.
  ☐ I have been granted refugee or asylee status in the United States, or withholding or deferral of removal.
  ☐ I did not last enter the United States pursuant to the Visa Waiver Program.
  ☐ I am in compliance with the terms of my admission and was admissible at the time of entry.
  ☐ I am a citizen of _____ and eligible for Temporary Protected Status in accordance with Section 244 of the Act.
  ☐ Other _____

**AND / OR**
**I Wish to Request Asylum, Withholding or Deferral of Removal**

☐ I request asylum, withholding or deferral of removal to _____ (Name(s) of Country or Countries):

  ☐ Under Sections 208 or 241(b)(3) of the Act, because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.

  ☐ Under the regulations implementing U.S. obligations under Article 3 of the Convention Against Torture, because I fear torture in that country or those countries.

_____ _____
(Alien's Signature) (Date)

---

The alien was provided a copy of this Notice of Intent. After having provided the alien with a 48-hour period to respond (if applicable) to these allegations and charge(s), the alien has (check all boxes that apply):

☐ Admitted the allegations and charge(s).
☐ Contested the allegations.
☐ Not made any claim for relief from removal.
☐ Made a request for asylum, withholding, or deferral of removal (Form I-863 Notice of Referral to Immigration Judge issued).
☒ Failed or refused to respond to the allegations.

Deportation Officer T. Finnigan / [signature] / 2/09/2021 1330
(Printed Name and Title of Officer) (Signature of Officer) (Date/Time)



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement

## VISA WAIVER PROGRAM (VWP)
## FINAL ADMINISTRATIVE REMOVAL ORDER

File Number: █████

Alien's Name: SOROKIN, ANNA

### VISA WAIVER PROGRAM VIOLATOR

Based upon the allegations set forth in the Notice of Intent and evidence contained in the administrative record, I, the undersigned Deciding Official of the Department of Homeland Security (DHS), make the following determinations:

1. You are not a citizen or national of the United States;

2. You were admitted to the United States as a nonimmigrant visitor on 06/07/2017 at NEWARK, NJ pursuant to Section 217 of the Immigration and Nationality Act under the Visa Waiver Program after executing Form I-94W, Nonimmigrant Visa Waiver Arrival/Departure Document or the Electronic System of Travel Authorization (ESTA), either of which explained to you the conditions of admission under the Visa Waiver Program and that you waived any right to contest, other than on the basis of an application for asylum, any action for your removal; and

3. The administrative record establishes by clear and convincing evidence that you are removable.

By the power and authority vested in the Secretary of Homeland Security, and in me as the Secretary's delegate under the laws of the United States, I find you removable as charged and order that you be removed from the United States.

You are hereby ordered removed to: GERMANY (Country). This order is final and not subject to administrative appeal.

You have limited judicial appeal rights. DHS will proceed with your removal from the United States unless a court order is issued to stay your removal or an application for asylum, withholding or deferral of removal is pending before the Department of Justice, Executive Office for Immigration Review.

I, the undersigned officer of the United States, by virtue of the power and authority vested in the Secretary of Homeland Security under the laws of the United States and by his or her direction, command any DHS Officer with authority to enforce United States immigration law to take into custody and remove from the United States, the above-named alien.

T 0159 FEELEY - FOD  |  BATAVIA, NY  |  FEB 0 9 2021
(Printed Name, Title, and Signature of Deciding Official) | (City and State) | (Date)

### Certificate of Service

I personally served this Final Administrative Removal Order on the alien. I have determined that the person served with this document is the individual named on this form. I explained this Final Administrative Removal Order to the alien in the ENGLISH language, and confirmed that he/she understood it, ☒ without the need of an interpreter; OR ☐ via an interpreter.

(Name/Title/ID/Company)

FASCE 3747 Deportation Officer  |  3/25/2021
(Printed Name, Signature and Title of Officer) | (Date)

I acknowledge that I have received a copy of this Final Administrative Removal Order.

_____  
(Alien's Signature)  |  (Date)

☒ Alien refused to acknowledge receipt of this document (Witness signature required if alien refuses to sign).

FASCE, Nelson D3747  Clingain D SDDO  3/25/2021
(Printed Name, Signature and Title of Witness) | (Date)

ICE Form 71-060 (1/16)  |  Page 1 of 1

 

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement

## CERTIFICATION OF AUTHENTICITY OF THE RECORD OF PROCEEDINGS

1. I am a _____ FOD _____ with U.S. Immigration and Customs Enforcement, United States Department of Homeland Security. I have served in this position since __2013__. My office is located in __BATAVIA, NY__ and my responsibilities include the maintenance and creation of the official Record of Proceedings. I am the deciding official in the matter of: __SOROKIN, ANNA__, file number ▬▬▬.

2. Annexed to this Certification is the official Record of Proceedings.

    I hereby certify to the best of my knowledge and belief that the annexed documents are originals, or copies thereof, of the official Record of Proceedings. These documents relate to:

    Subject: SOROKIN, ANNA
    File Number: ▬▬▬

    Dated: FEB 0 9 2021

    _____
    Printed Name, Signature, Title and Office Location

ICE Form 71-057 (1/16) Page 1 of 1

BG-0366

# DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION DETAINER - NOTICE OF ACTION

Subject ID: 366281332
Event #: CPD1908000025

File No:
Date: 2019

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) ALBION CORRECTIONAL
3595 STATE SCHOOL ROAD
ALBION, NY 14411

FROM: (Department of Homeland Security Office Address)
FISHKILL, NY IRP SUB-OFFICE
ICE
ERO CASTLE POINT SUB OFFICE
15 Governor Drive
Newburgh, NY 12550

Name of Alien: SOROKIN, ANNA AKA: SOROKIN, Anna; SOROKINA, Anna; SOROKIN, ANNA; DELVEY, ANNA

Date of Birth: 01/23/1991    Citizenship: GERMANY    Sex: F

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2).*    SID #: NY13963268N

- [ ] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [x] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2).*

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- Notify DHS as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [x] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 845-831-1576. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- Maintain custody of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien must be served with a copy of this form for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

- [ ] If checked: please cancel the detainer related to this alien previously submitted to you on _____ (date).

R8506 GONZALEZ – Deportation Officer
(Name and title of Immigration Officer)    (Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.
Local Booking/Inmate #: _____ Estimated release date/time: _____
Date of latest criminal charge/conviction: _____ Last offense charged/conviction: _____
This form was served upon the alien on _____, in the following manner:
- [ ] in person  [ ] by inmate mail delivery  [ ] other (please specify): _____

(Name and title of Officer)    (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)    Page 1 of 3

# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement

# VISA WAIVER PROGRAM (VWP)
# NOTICE OF INTENT TO ISSUE A FINAL ADMINISTRATIVE REMOVAL ORDER

File Number: XXXXXXX

Alien's Name: SOROKIN, ANNA

The Department of Homeland Security (DHS) has determined that you entered the United States pursuant to Section 217 of the Immigration and Nationality Act (INA or the Act). Accordingly, you signed and agreed to the conditions stated on Form I-94W, Nonimmigrant Visa Waiver Arrival/Departure Document or the Electronic System of Travel Authorization (ESTA), either of which explained to you the conditions of admission under the Visa Waiver Program. As a condition of your admission into the United States under the Visa Waiver Program, you agreed to waive your right to contest any removal action, other than on the basis of an application for asylum.

DHS alleges that:

1. You are not a citizen or national of the United States;

2. You are a native of USSR and a citizen of GERMANY;

3. You were admitted to the United States at Newark, NJ on or about June 7, 2017 as a nonimmigrant visitor (WB) pursuant to Section 217 of the Immigration and Nationality Act under the Visa Waiver Program with authorization to remain in the United States for a temporary period not to exceed September 04, 2017.;

4. You remained in the United States beyond September 04, 2017 without authorization from the Immigration and Naturalization Service or its successor the Department of Homeland Security.

Based on the information above, you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 237(a)(1)(B) of the Immigration and Nationality Act (Act), as amended, in that after admission as a nonimmigrant under Section 101(a)(15) of the Act, you have remained in the United States for a time longer than permitted, in violation of this Act or any other law of the United States.

Therefore, DHS is serving you this Notice of Intent to Issue a Final Administrative Removal Order ("Notice of Intent"). You are not entitled to a hearing before an Immigration Judge regarding your removability.

| BATAVIA, NY | | |
|---|---|---|
| (City and State) | | (Date) |
| DEREK FIDELI | SDDO | |
| (Printed Name) | (Title) | (Signature of Issuing Officer) |

**If you wish to contest any of the above factual allegations or your removability, you will be granted 48 hours from the time of service of this notice to do so.** You may request, for good cause, an extension of time to rebut the charges stated above, to obtain supporting evidence, or to consult an attorney. If you fear persecution in your country of nationality, citizenship, or last residence on account of race, religion, nationality, membership in a particular social group, or political opinion you may apply for asylum under section 208 of the Act or withholding of removal under section 241(b)(3) of the Act. If you fear torture in your country of nationality, citizenship, or last residence, you may apply for withholding or deferral of removal under regulations implementing U.S. obligations under Article 3 of the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment (Convention Against Torture). A grant of withholding or deferral of removal would prohibit your return to a country or countries where you are more likely than not to be persecuted or tortured, but would not prevent your removal to other countries. If you fail to respond to these charges within the required timeframe, you will be ordered removed from the United States to your country of nationality, citizenship, or last residence. In the event DHS cannot remove you to one of the aforementioned countries, attempts will be made to remove you to a country in accordance with section 241(b)(2)(E) of the Act. You do not have any administrative appeal rights once the removal order has been issued by the deciding official. Subject to DHS's discretion, you may be detained pending your removal.

DEPARTMENT OF HOMELAND SECURITY
# IMMIGRATION DETAINER - NOTICE OF ACTION

Subject ID: 366281332
Event #: CPD1908000025

File No: XXXXXX
Date: December 22, 2020

TO: (Name and Title of Institution - OR Any Subsequent Law Enforcement Agency) ALBION CORRECTIONAL
3595 STATE SCHOOL ROAD
ALBION, NY 14411

FROM: (Department of Homeland Security Office Address)
FISHKILL, NY IRP SUB-OFFICE
ICE
ERO CASTLE POINT SUB OFFICE
15 Governor Drive
Newburgh, NY 12550

Name of Alien: SOROKIN, ANNA AKA: SOROKIN, Anna; SOROKINA, Anna; SDROKIN, ANNA; DELVEY, ANNA

Date of Birth: 01/23/1991    Citizenship: GERMANY    Sex: F

**1. DHS HAS DETERMINED THAT PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN. THIS DETERMINATION IS BASED ON** *(complete box 1 or 2).*

SID #: NY13963268N

- [ ] A final order of removal against the alien;
- [ ] The pendency of ongoing removal proceedings against the alien;
- [X] Biometric confirmation of the alien's identity and a records check of federal databases that affirmatively indicate, by themselves or in addition to other reliable information, that the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law; and/or
- [ ] Statements made by the alien to an immigration officer and/or other reliable evidence that affirmatively indicate the alien either lacks immigration status or notwithstanding such status is removable under U.S. immigration law.

**2. DHS TRANSFERRED THE ALIEN TO YOUR CUSTODY FOR A PROCEEDING OR INVESTIGATION** *(complete box 1 or 2).*

- [ ] Upon completion of the proceeding or investigation for which the alien was transferred to your custody, DHS intends to resume custody of the alien to complete processing and/or make an admissibility determination.

IT IS THEREFORE REQUESTED THAT YOU:

- **Notify DHS** as early as practicable (at least 48 hours, if possible) before the alien is released from your custody. Please notify DHS by calling [X] U.S. Immigration and Customs Enforcement (ICE) or [ ] U.S. Customs and Border Protection (CBP) at 845-831-1576. If you cannot reach an official at the number(s) provided, please contact the Law Enforcement Support Center at: (802) 872-6020.
- **Maintain custody** of the alien for a period **NOT TO EXCEED 48 HOURS** beyond the time when he/she would otherwise have been released from your custody to allow DHS to assume custody. The alien **must be served with a copy of this form** for the detainer to take effect. This detainer arises from DHS authorities and should not impact decisions about the alien's bail, rehabilitation, parole, release, diversion, custody classification, work, quarter assignments, or other matters.
- Relay this detainer to any other law enforcement agency to which you transfer custody of the alien.
- Notify this office in the event of the alien's death, hospitalization or transfer to another institution.

[X] If checked: please cancel the detainer related to this alien previously submitted to you on 12/22/2020 (date).

J 0559 CARTER - DO

(Name and title of Immigration Officer)    (Signature of Immigration Officer) (Sign in ink)

Notice: If the alien may be the victim of a crime or you want the alien to remain in the United States for a law enforcement purpose, notify the ICE Law Enforcement Support Center at (802) 872-6020. You may also call this number if you have any other questions or concerns about this matter.

**TO BE COMPLETED BY THE LAW ENFORCEMENT AGENCY CURRENTLY HOLDING THE ALIEN WHO IS THE SUBJECT OF THIS NOTICE:**

Please provide the information below, sign, and return to DHS by mailing, emailing or faxing a copy to _____.

Local Booking/Inmate #: _____    Estimated release date/time: _____

Date of latest criminal charge/conviction: _____    Last offense charged/conviction: _____

This form was served upon the alien on _____, in the following manner:

- [ ] in person    [ ] by inmate mail delivery    [ ] other (please specify): _____

(Name and title of Officer)    (Signature of Officer) (Sign in ink)

DHS Form I-247A (3/17)    Page 1 of 3

State Of New York
Department of Corrections and Community Supervision
**SPECIAL CONDITIONS OF RELEASE TO COMMUNITY SUPERVISION**

Name: __SOROKIN,ANNA__   NYSID #: __13963268N__

Date of Release: __02/11/2021__   Supervision Maximum: __10/19/2029__

I, __SOROKIN,ANNA__, acknowledge that under the provisions of my Conditions of Release that the following Special Conditions have been imposed upon me and that these Special Conditions will remain in effect until the termination of my legal period of supervision 10/19/2029 unless otherwise amended in writing by the Department of Corrections and Community Supervision.

- ✓ I will remain indoors at my approved residence seven days a week between the hours of **9pm to 7am** exceptions to my curfew may be permitted with **PRIOR** approval from my Parole Officer.

- ✓ I will not leave the state of New York without written consent from my Parole Officer.

- ✓ I will live at my approved residence and not move without the prior approval and knowledge of my Parole Officer. In case of emergency and I must move, I will report to the Brooklyn area office within 24 hours of moving. I will keep my PO updated with all DHS movements.

- ✓ I will seek, obtain and maintain employment. I will provide verification and my work schedule as directed by my Parole Officer. I cannot work during curfew hours, unless it has been approved by my Parole Officer.

- ✓ I will not enter any Correctional facility or communicate with any person currently incarcerated without the permission of my Parole Officer.

- ✓ I will immediately notify my Parole Officer of any change in my contact information.

- ✓ I will not own, possess, or purchase any firearms, any form of ammunition, body armor, restraints (handcuffs, handcuff keys, etc) or pepper spray. I will not possess any PBA cards.

- ✓ I will immediately inform my Parole Officer if I use any instruments readily capable of causing serious physical injury for employment purposes (including but not limited to any cutting instruments such as a box cutter, razor, or knife). I must leave said instrument at my place of employment and I may not carry said instrument while outside of my place of employment unless permitted by my Parole Officer.

- ✓ I will report any law enforcement contact I have to my Parole officer within 24 hours of this contact or the next business day. If I am arrested or detained I will report to the Brooklyn area office within 24 hours of my release from custody or the next business day.

- ✓ I will notify my Parole officer of any driver's license/driver's permit I possess or obtain while under supervision. I will present my license/permit for inspection to my Parole Officer. I will inform my parole officer of any vehicles registered and/or insured in my name. I will notify my Parole Officer prior to renting any motor vehicle.

- ✓ I will not possess, use or sale, any illegal drugs. I will not allow such behaviors in my approved residence. I will not use or possess k2, spice, bath salts or any other synthetic drug. I will not use or possess someone else's prescriptions drugs.

I understand that any violation of these special conditions of release to Parole supervision may result in the revocation of my release. I hereby certify that I have read and understand the above Special Conditions of my release and that I have received a copy of these Special Conditions.

Signed this __11th__ day of __February__, 20__21__.

Releasee: _[signature]_   Witness: _[signature]_ #1101

Form 3020B (1/00)
cc: Central Files, Folder, Releasee

State Of New York
Department of Corrections and Community Supervision
**SPECIAL CONDITIONS OF RELEASE TO COMMUNITY SUPERVISION**

Name: _____SOROKIN,ANNA_____     NYSID #: _13963268N_____

Date of Release: ____02/11/2021____     Supervision Maximum: ____10/19/2029____

I, _SOROKIN,ANNA_____, acknowledge that under the provisions of my Conditions of Release that the following Special Conditions have been imposed upon me and that these Special Conditions will remain in effect until the termination of my legal period of supervision _____ unless otherwise amended in writing by the Department of Corrections and Community Supervision.

__✓__ I WILL NOT have any checking, savings, debit or credit card accounts without the knowledge or permission of my Parole Officer. If allowed to have any of the above-mentioned accounts, I will provide all account numbers.

__✓__ NO FIDUCIARY CAPACITY. A person is said to act in a fiduciary capacity when business is transacted, or money and property are handled for the benefit of another. The term is not limited to technical or express trusts, but may also apply to such offices or relations as attorneys, guardians, executors, brokers, and agents. I WILL NOT work in any job that requires accessing credit card information, and/or bank account information, social security numbers, etc.

I understand that any violation of these special conditions of release to Parole supervision may result in the revocation of my release.

I hereby certify that I have read and understand the above Special Conditions of my release and that I have received copy of these Special Conditions.

Signed this __16th__ day of __February__, 20_21_.

Releasee: ___[signature]___     Witness: ___[signature]___ # 1101

Form 3020B (11/00)
cc: Central Files, Folder, Releasee

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

## ORDER OF SUPERVISION

File No.: XXXXX XX

Name: SOROKIN, ANNA

Date: February 9, 2021

On  February 9, 2021 , you were ordered:
(Date of Final Order)

- [ ] Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
- [x] Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the agency has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

- [x] That you appear in person at the time and place specified, upon each and every request of the agency, for identification and for deportation or removal.
- [ ] That upon request of the agency, you appear for medical or psychiatric examination at the expense of the United States Government.
- [x] That you provide information under oath about your nationality, circumstances, habits, associations and activities and such other information as the agency considers appropriate.
- [x] That you do not travel outside ___New York State___ for more than 48 hours without first having notified this
(Specify geographic limits, if any)
agency office of the dates and places, and obtaining approval from this agency office of such proposed travel.
- [x] That you furnish written notice to this agency office of any change of residence or employment 48 hours prior to such change.
- [x] That you report in person on  03/23/2021    12:00 AM  to this agency office at:
(Date/Time)

___See I-831___
(Reporting Address)

- [x] That you assist U.S. Immigration and Customs Enforcement in obtaining any necessary travel documents.
- [ ] Other: *Your release is contingent upon your enrollment and successful participation in an Alternatives to Detention (ATD) program as designated by the U.S. Department of Homeland Security. As part of the ATD program, you will be subject to electronic monitoring and may be subject to a curfew. Failure to comply with the requirements of the ATD program will result in a redetermination of your release conditions or your arrest and detention.*

  *If fitted with a U.S. Immigration and Customs Enforcement GPS tracking ankle bracelet, do not tamper with or remove the device. Under federal law, it is a crime to willfully damage or attempt to damage property of the United States. Damaging or attempting to damage the GPS tracking ankle bracelet or any of its associated equipment (including, but not limited to, the charging station, batteries, power cords, etc.) may result in your arrest, detention, and prosecution under 18 U.S.C. § 1361 and/or 18 U.S.C. § 641, each punishable by a fine, up to ten years imprisonment, or both.*

- [ ] See attached sheet containing other specified conditions (Continue on separate sheet if required)

_____          FIDELI, DEREK
(Signature of ICE Official)         (Print Name and Title of ICE Official)

### Alien's Acknowledgement of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ___English___ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

_____          _____
(Signature of ICE Official Serving Order)    (Signature of Alien)

02/09/2021
(Date)

ICE Form I-220B (10/20)

# ORDER OF SUPERVISION (CONTINUATION PAGE)

| Alien Name | | | Picture | Right Index Print |
|---|---|---|---|---|
| SOROKIN, ANNA | | | | |
| File Number | | Date | | |
| XXXXXX | | February 9, 2021 | | |
| Alien's Signature | | | | |
| Alien's Telephone Number (if any) | | | | |
| Alien's Address | | | | |
| Brooklyn Women's Assessment 116 Williams Ave | | | | |
| Brooklyn    NEW YORK    11207 | | | | |

## PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| | | |

| Signature | Title |
|---|---|
| FINNIGAN, T 9751 | Deportation Officer |

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# ORDER OF SUPERVISION (ADDENDUM)

File No.: XXXXX

Name: SOROKIN, ANNA

Date: February 9, 2021

- [x] That you do not associate with know gang members, criminal associates, or be associated with any such activity.
- [ ] That you register in a substance abuse program within 14 days and provide ICE with written proof of such within 30 days. The proof must include the name, address, duration, and objectives of the program as well as the name of a counselor.
- [ ] That you register in a sexual deviancy counseling program within 14 days and provide ICE with written proof of such within 30 days. You must provide ICE with the name of the program, the address of the program, duration and objectives of the program as well as the name of a counselor.
- [ ] That you register as a sex offender, if applicable, within 7 days of being released, with the appropriate agency(s) and provide ICE with written proof of such within 10 days.
- [x] That you do not commit any crimes while on this Order of Supervision.
- [x] That you report to any parole or probation officer as required within 5 business days and provide ICE with written verification of the officer's name, address, telephone number, and reporting requirements.
- [ ] That you continue to follow any prescribed doctor's orders whether medical or psychological including taking prescribed medication.
- [x] That you provide ICE with written copies of requests to Embassies or Consulates requesting the issuance of a travel document.
- [x] That you provide ICE with written responses from the Embassy or Consulate regarding your request.
- [x] Any violation of the above conditions will result in revocation of your employment authorization document.
- [x] Any violation of these conditions may result in you being taken into Service custody and you being criminally prosecuted.
- [ ] Other:

X _____
Alien's Signature

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# WARNING FOR FAILURE TO COMPLY WITH TERMS OF SUPERVISED RELEASE

| Name | Field Office | File # |
|---|---|---|
| SOROKIN, ANNA | CMD-T | XXXXXX |

Section 243(b) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

An alien who shall willfully fail to comply with regulations or requirements issued pursuant to section 241(a)(3)* or knowingly give false information in response to an inquiry under such section shall be fined not more than $1000 or imprisoned for not more than one year, or both.

*Section 241(a)(3) of the Immigration and Nationality Act of 1952, as amended, provides, in part, that:

If the alien does not leave or is not removed within the removal period, the alien, pending removal, shall be subject to supervision under regulations prescribed by the Attorney General. The regulations shall include provisions requiring the alien—

(A) to appear before an immigration officer periodically for identification;
(B) to submit, if necessary, to a medical and psychiatric examination at the expense of the United States Government;
(C) to give information under oath about the alien's nationality, circumstances, habits, associations, and activities, and other information the Attorney General considers appropriate; and
(D) to obey reasonable written restrictions on the alien's conduct or activities that the Attorney General prescribes for the alien.

| Date Order Final | Ordered Removed under Section |
|---|---|
| 2/09/2021 | 237a1B |

### Record of Service
(Check method used)

☐ **Record of Personal Service**

| Served By (Print Name and Title of Officer) | Date |
|---|---|
| T 9751 FINNIGAN, Deportation Officer | February 9, 2021 |

| Officer's Signature | Location of Service |
|---|---|
| [signature] #9751 | 205 OAK STREET<br>BATAVIA NY 140200000 |

| Served On: (Alien's Signature) | Date |
|---|---|
| [signature] | February 9, 2021 |

☐ **Certified Mail Service**     Fingerprint of Alien (Specify finger used)

**Attach certified mail receipts here.**

ICE Form I-229B (4/09)     Page 1 of 1

| Certificate of Service |
|---|

I personally served this Notice of Intent on the alien. I have determined that the person served with this document is the individual named on this form. I explained this Notice of Intent to the alien in the ____English____ language, and confirmed that he / she understood it,

☒ without the need of an interpreter; OR

☐ via an interpreter, _____ (Name/Title/ID/Company).

Deportation Officer T. Finnigan | [signature] #9751 | 2/09/2021
(Printed Name and Title of Officer) | (Signature of Officer) | (Date/Time)

---

**I acknowledge that I have received this Notice of Intent**

[signature] | 2/9/2021
(Alien's Signature) | (Date)

☐ Alien refused to acknowledge receipt of this document (witness signature required if alien refuses to sign).

Deportation Officer T. Finnigan #9751 | [signature] | 2/09/2021 /1330
(Printed Name and Title of Witness) | (Signature of Witness) | (Date/Time)

---

**I do not wish to contest the allegations and charge(s) contained in the Notice of Intent**

☐ I admit the allegations and charge(s) in this Notice of Intent. I do not wish to request Asylum, Withholding or Deferral of Removal. I wish to be removed from the United States to my country of nationality, citizenship, or last residence.

☐ I admit the allegations and charge(s) in this Notice of Intent. However, I wish to request Asylum, Withholding or Deferral of Removal as notated below.

**OR**
**I Wish to Contest Removability**

☐ I contest the allegations and charge(s) in this Notice of Intent: (Attach any supporting documentation)
    ☐ I am a citizen or national of the United States.
    ☐ I am a lawful permanent resident of the United States.
    ☐ I have been granted refugee or asylee status in the United States, or withholding or deferral of removal.
    ☐ I did not last enter the United States pursuant to the Visa Waiver Program.
    ☐ I am in compliance with the terms of my admission and was admissible at the time of entry.
    ☐ I am a citizen of _____ and eligible for Temporary Protected Status in accordance with Section 244 of the Act.
    ☐ Other _____

**AND / OR**
**I Wish to Request Asylum, Withholding or Deferral of Removal**

☐ I request asylum, withholding or deferral of removal to _____ (Name(s) of Country or Countries):

    ☐ Under Sections 208 or 241(b)(3) of the Act, because I fear persecution on account of my race, religion, nationality, membership in a particular social group, or political opinion in that country or those countries.

    ☐ Under the regulations implementing U.S. obligations under Article 3 of the Convention Against Torture, because I fear torture in that country or those countries.

_____ | _____
(Alien's Signature) | (Date)

---

The alien was provided a copy of this Notice of Intent. After having provided the alien with a 48-hour period to respond (if applicable) to these allegations and charge(s), the alien has (check all boxes that apply):

☐ Admitted the allegations and charge(s).
☐ Contested the allegations.
☐ Not made any claim for relief from removal.
☐ Made a request for asylum, withholding, or deferral of removal (Form I-863 Notice of Referral to Immigration Judge issued).
☒ Failed or refused to respond to the allegations.

Deportation Officer T. Finnigan | [signature] #9751 | 2/09/21 /1330
(Printed Name and Title of Officer) | (Signature of Officer) | (Date/Time)

DEPARTMENT OF HOMELAND SECURITY
# CALL-IN LETTER

| To (Name, Address, City, State, Zip Code |
|---|
| Ms.SOROKIN, Anna<br>Brooklyn Women's Assessment<br>116 Williams Ave<br>Brooklyn, NY 11207 |

File Number XXXXXXX

Date 2/08/2021

**Please come to the office listed below at the time and place indicated in connection with an official matter.**

| Office Location | ICE/ERO NYC - 26 Federal Plaza, 9th Floor, Room 110, New York, NY |
|---|---|
| Time and Hour | Tuesday March 23, 2021 at 10:00 a.m. |
| Prior to Appointment | Confirm appointment by 03/09/2021 by calling (862)223-2551 or email david.j.clingain@ice.dhs.gov |
| Reason for Appointment | Order of Supervision |
| Bring With You | All Immigration documents & ID<br>Questions: Call 212-264-4213 or email NewYork.Outreach@ice.dhs.gov |

**It is important that you keep this appointment and bring this letter with you.
If you are unable to do so, state your reason, sign below, and return this letter to this office at once.**

Derek Fideli SDDO
_____
Name and Title of Authorizing Official

_____
Signature of Authorizing Official

| I am unable to keep the appointment because: | |
|---|---|
| Signature | Date 2/9/2021 |

DHS Form G-56 (1/09)