Exhibit T3…………………………  DHS Evidence on Bond Pt 3

**UNITED STATES DEPARTMENT OF JUSTICE**
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
**IMMIGRATION COURT**
**NEW YORK, NEW YORK**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| **SOROKIN, ANNA** | ) | File No.: ▨▨▨▨ |
| | ) | |
| In Bond  Proceedings | ) | |

**U.S. DEPARTMENT OF HOMELAND SECURITY'S**
**PROFFER OF EVIDENCE**

Attached please find the following documents in connection with the proceedings involving the

above-referenced individual:

A. Respondent's Instagram
   March 8, 2021: "Sociopath? I see it as a compliment"
   March 7, 2021: "Sorry not Sorry" magazine spread
   March 23, 2021: "They already told I own this lawless fucking city"
   February 23, 2021: "At least they left me with my Loubs"
   February 23, 2021: "S/S 12 stands for Summer of Scam 2017"
   February 15, 2021: Photo of thousands of dollars cash

B. Respondent's Twitter
   March 7, 2021: "Sorry not Sorry" magazine spread
   March 2, 2021: "Don't act like I can't buy you too"
   February 21, 2021: "Before you hit that reply button, never forget where I spent my last 3 years at #rikersisland"
   February 19, 2021: "My rap Sheet longer than yall dicks can ever be"
   February 15, 2021: "Highbridge apartments for sale? Im buying"
   February 13, 2021: "Money is not an issue"

Respectfully Submitted,

*Sarah Jolly*

10/1/2021
_____            _____
Date                                     Assistant Chief Counsel/Senior Attorney
                                              OPLA NYC

**Certificate of Service**

I, **Sarah Jolly**, hereby certify that on October 1, 2021, I caused a copy of the foregoing to be served upon respondent's counsel, Audrey Thomas, Esq. via ICE eService, pursuant to the Terms and Conditions agreed to between the parties. Additionally, a courtesy copy was provided via email.

10/1/2021

Date

*Sarah Jolly*

Assistant Chief Counsel/Senior Attorney
OPLA NYC



‹  **Follow**

940 likes

View all 40 comments

March 11

**theannadelvey**
New York, New York  •••



"Sociopath? I see it as a compliment"

She's the fake heiress who scammed New York's high society. Fresh out of prison, Anna Sorokin spills all

♡  ◯  ⊲                                  🔖

**2,995 likes**

**theannadelvey** Never read it, just measure it in inches.

View all 165 comments

**dontlemmegetinmyzone** she's on to something and she'll never be locked up again  ♡

March 8

11:18

 **theannadelvey**
United Kingdom



**SORRY, NOT SORRY**

**2,473 likes**

View all 144 comments

March 7

 **theannadelvey**
New York, New York



11:18

‹        Follow

 **theannadelvey**
SoHo, New York                    •••



♡  ○  ⎘                    🔖

**2,645 likes**

**theannadelvey** They already told you I own this lawless fucking city

View all 1,099 comments

March 23

        

Case 1:21-cv-09452-JMF   Document 1-25   Filed 11/15/21   Page 8 of 23


 theannadelvey                          •••



                        

**2,212 likes**

**theannadelvey** At least they left me with my Loubs. And
what's in me can't be confiscated.

View all 92 comments

February 23

 **theannadelvey**                          •••
     Riker's Island Correctional Facility

                

11:20

< Follow

theannadelvey ⋯



2017 SWEET NOSTALGIA, THE ART OF FINESSING. YOU WERENT THERE, BUT THEY WRITE STORIES ABOUT IT.

795 likes

**theannadelvey** S/S 17 stands for Summer of Scam 2017

View all 45 comments

February 23

theannadelvey ⋯

11:24

**theannadelvey**
New York City

· · ·



♡  ○  ◁                                    🔖

**1,759 likes**

**theannadelvey** No time to get a wallet so I'm improvising. Also not allowed to get a bank account without permission of NYS DOCCS first so cash it is

View all 98 comments

February 15

**theannadelvey**                          · · ·



⚙ EDIT PROFILE

7



Case 1:21-cv-09452-JMF   Document 1-25   Filed 11/15/21   Page 12 of 23

1:25

← Tweet

Open app

**Anna Delvey**
@theannadelvey

# Classics



11:07 PM · Mar 8, 2021 · Twitter for iPhone

1:26



mobile.twitter.com

← **Tweet**

Open app

**Anna Delvey**
@theannadelvey

•••

.@TheSTMagazine



3:13 PM · Mar 7, 2021 · Twitter for iPhone

**11** Retweets    **1** Quote Tweet    **97** Likes

    Tweet your reply    Reply

1:29

🔒 mobile.twitter.com

← **Tweet**                                   Open app

 **Anna Delvey**                          •••
@theannadelvey

# Don't act like I can't buy you too

1:20 PM · Mar 2, 2021 · Twitter for iPhone

**8** Retweets   **3** Quote Tweets   **85** Likes

💬        ⟳        ♡        ⬆

   Tweet your reply                   Reply

 **bec** @becbenepla · Mar 2              •••
Replying to @theannadelvey
where's ur cash flow coming from now mama

💬 1        ⟳        ♡ 5        ⬆

 **Anna Delvey** @theannadelvey · Mar 2   •••
Mind your business is always the best policy

💬 2        ⟳        ♡ 9        ⬆

 **Friedrich Stenschke** @httpsfried... · Mar 2  •••
Poor excuse.

💬 1        ⟳        ♡ 1        ⬆

 **Anna Delvey** @theannadelvey · Mar 2   •••
Rich excuse.

💬        ⟳        ♡ 3        ⬆

🏠        🔍        🔔²        ✉

11

1:33

 mobile.twitter.com

← **Tweet**                          Open app

**Anna Delvey**
@theannadelvey                          •••

# Ya'll want the lifestyle but not the consequences

12:59 AM · Mar 2, 2021 · Twitter for iPhone

**31** Retweets   **3** Quote Tweets   **196** Likes

**Richard Williamson** @shadlx · Mar 2     •••
Replying to @theannadelvey
You specifically wanted the consequences?

♡ 1         ⟲         ♡ 2         ⬆

**Anna Delvey** @theannadelvey · Mar 2     •••
Specifically

♡ 2         ⟲         ♡ 2         ⬆

**Richard Williamson** @shadlx · Mar 2     •••
I feel there is a name for that desire

♡ 1         ⟲         ♡         ⬆

Tweet your reply                          Reply

12

1:33

🔒 mobile.twitter.com

← **Tweet**                              Open app

**Richard Williamson** @shadlx · Mar 2          •••
I feel there is a name for that desire

💬 1          ⇄          ♡          ⬆️

**Anna Delvey** @theannadelvey · Mar 2          •••
Don't make me ask for it

💬          ⇄          ♡          ⬆️

**Andrew Grant** @asjglx · Mar 2          •••
Replying to @theannadelvey
The lifestyle being a few hours of glamour and
then spending the rest of the day being
concerned about how much longer until the
cops show up.

💬 1          ⇄          ♡ 2          ⬆️

**Anna Delvey** @theannadelvey · Mar 2          •••
Cops can show up at any time, even during the
'glamour hours'

💬 1          ⇄          ♡ 4          ⬆️

**Party !** @slutz4dior · Mar 2          •••
Who cares being glamorous is better than
anything

💬          ⇄          ♡ 1          ⬆️

**London Tipton** ⮫ @Procrvstinvtion · Mar 2          •••
Replying to @theannadelvey
well duh doesn't everybody want that? what
kind of masochist wants consequences lmao

🏠          🔍          🔔②          ✉️

1:33

🔒 mobile.twitter.com

← **Tweet**                           Open app

**London Tipton** ⚘ @Procrvstinvtion · Mar 2   •••
Replying to @theannadelvey
well duh doesn't everybody want that? what
kind of masochist wants consequences lmao

💬 1          ⟲          ♡ 2          ⬆️

**Anna Delvey** @theannadelvey · Mar 2   •••
Myself

💬          ⟲          ♡ 2          ⬆️

**паразит** @lisasdank · Mar 2   •••
Replying to @theannadelvey
this is like aggressively trite

💬 2          ⟲          ♡ 1          ⬆️

**Anna Delvey** @theannadelvey · Mar 2   •••
Your whole presence here is aggressively trite,
go to bed grandpa

💬 1          ⟲ 1          ♡ 7          ⬆️

Show replies

**Eucalyptus Mills** @EucalyptusMi... · Mar 2   •••
Replying to @theannadelvey
and you want the lifestyle no matter what the
consequences 🤣

💬 1          ⟲          ♡ 2          ⬆️

**Anna Delvey** @theannadelvey · Mar 2   •••
You see it

💬          ⟲          ♡ 1          ⬆️

🏠          🔍          🔔②          ✉️

1:38

AA    🔒 mobile.twitter.com    ↻

← **Tweet**                              Open app

**Anna Delvey**                                    •••
@theannadelvey

# Exhibiting sociopathic tendencies

11:45 AM · Feb 21, 2021 · Twitter for iPhone

**13** Retweets   **5** Quote Tweets   **112** Likes

💬        ⇄        ♡        ⬆

👤   Tweet your reply              Reply

**katumbaMaluka** @KatumbaMal... · Feb 21    •••
Replying to @theannadelvey
When are u getting deported?
💬 1        ⇄        ♡ 5        ⬆

**martin konix** @v_wie_vendettaa · Feb 22    •••
eschweiler wartet
💬        ⇄        ♡ 1        ⬆

**nydoorman** ✔ @NYDoorman · Feb 21    •••
Replying to @theannadelvey
The key to success.
💬        ⇄        ♡ 2        ⬆

🏠        🔍        🔔²        ✉

‹        ›        ⬆        📖        ⧉

15

1:39

🔒 mobile.twitter.com

← **Anna Delvey**
372 Tweets

**Follow**

 **Anna Delvey** @theannadelvey · Feb 21
Before you hit that reply button, never forget
where i spent my last 3 years at #rikersisland

💬 9     🔁 5          ♡ 101          ⬆️

 **Anna Delvey** @theannadelvey · Feb 21
Is everyone's bestie now

💬 7     🔁 5          ♡ 67          ⬆️

 **Anna Delvey** @theannadelvey · Feb 21
My life is performance art

💬 8     🔁 95          ♡ 312          ⬆️

 **Anna Delvey** @theannadelvey · Feb 21
Chancing it

💬 1     🔁          ♡ 15          ⬆️

 **Anna Delvey** @theannadelvey · Feb 20
.@NeffDavis and me are not folding

💬      🔁          ♡ 9          ⬆️

 **Anna Delvey** @theannadelvey · Feb 20
Creative AF

💬      🔁 2          ♡ 19          ⬆️

 **Anna Delvey** @theannadelvey · Feb 20
Know how to do the most damage before 9pm
so don't get confused

💬      🔁          ♡ 16          ⬆️

🏠          🔍          🔔 2          ✉️

16

1:41

AA    🔒 mobile.twitter.com    ↻

← **Tweet**    Open app

**Anna Delvey**    •••
@theannadelvey

My rap sheet longer than yall dicks can
ever be

2:21 AM · Feb 19, 2021 · Twitter for iPhone

**7** Retweets    **3** Quote Tweets    **82** Likes

💬    ⟲    ♡    ⬆

👤    Tweet your reply    Reply

**S W** @Synco99 · Feb 19    •••
Replying to @theannadelvey
Good thang you nevah tried to rap!

💬    ⟲    ♡ 1    ⬆

**The Smallest Linebacker** @tripl... · Feb 19    •••
Replying to @theannadelvey
Weird flex

💬 2    ⟲    ♡ 2    ⬆

**FGnzz** @Fabiola13686253 · Feb 19    •••
For reals tho 🙃

🏠    🔍    🔔 2    ✉

<    >    ⬆    📖    ▭

17

1:43

🔒 mobile.twitter.com

← **Tweet**                    Open app

**Anna Delvey**                    •••
@theannadelvey

Highbridge apartments for sale? Im buying

10:13 PM · Feb 15, 2021 · Twitter for iPhone

**14** Likes

Tweet your reply          Reply

← **Tweet**                                    Open app

**Anna Delvey**                                    •••
@theannadelvey

Cashing out bitch im jaded

7:22 PM · Feb 15, 2021 · Twitter for iPhone

**12** Retweets    **64** Likes

💬            ⟳            ♡            ⬆

👤    Tweet your reply                          **Reply**

**ida** @ridingredd · Feb 15                    •••
Replying to @theannadelvey
Wanna go to Miami lol

💬            ⟳            ♡            ⬆

**Gregory Grant** @Grantnator · Feb 15          •••
Replying to @theannadelvey
Make a cashapp!

💬  1         ⟳            ♡  1         ⬆

🏠            🔍            🔔²           ✉

‹            ›            ⬆            📖           ▢

1:46

mobile.twitter.com

← **Tweet**   Open app

**Anna Delvey**   ···
@theannadelvey

# Money is not an issue

8:24 PM · Feb 13, 2021 · Twitter for iPhone

**11** Retweets   **2** Quote Tweets   **114** Likes

Tweet your reply   Reply

**kevin** @myuberarrived · Feb 13   ···
Replying to @theannadelvey
exactly

**Daniel Hz** @Danielius_Hz · Feb 13   ···
Replying to @theannadelvey
Love is not an issue

**Bridget** @bridget_koval · Feb 13   ···
Replying to @theannadelvey
Love that for you