

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 1, 2022

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *Sorokin v. Dubois*, 21-cv-9452 (JMF)

Dear Judge Furman:

This Office represents the government in the above-referenced habeas corpus matter. On December 2, 2021, the Court granted the parties' request to hold this matter in abeyance until the Board of Immigration Appeals ("BIA") decided the petitioner's motion to reissue. ECF No. 7. The Court directed the parties to submit a joint letter, within three days of that decision, informing the Court of the decision and proposing next steps for the litigation. *Id.* I write respectfully to inform the Court that I learned this afternoon that the BIA denied the petitioner's motion to reissue on February 17, 2022.[1]  A copy of that decision is attached for the Court's reference.

Immediately after I learned of the BIA's decision this afternoon, I emailed a copy of that decision to petitioner's counsel of record in this case and sought to confer on next steps. This evening, counsel responded to my email and informed me that it is her understanding that the petitioner has terminated her representation, and while another lawyer has reached out to her requesting her files, she is not yet certain whether the petitioner has retained that attorney to represent her in this habeas case. In light of this, I respectfully request that the matter continue to be held until the petitioner's new attorney enters an appearance in this case, after which, if acceptable to the Court, counsel for the parties will confer and file a joint letter proposing next steps for this case within five days of the petitioner's new counsel entering an appearance.

---

[1] I apologize to the Court for not informing the Court within three days of the BIA's decision, as required by the Court's order. I had periodically checked on the status of the petitioner's motion, but only received notice today that a decision had been issued on February 17.

The Honorable Jesse M. Furman
March 1, 2022
Page 2

       I thank the Court for its consideration of this submission.

                                    Respectfully,

                                    DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York

                By:    /s/  *Brandon M. Waterman*
                        BRANDON M. WATERMAN
                        Assistant United States Attorney
                        86 Chambers Street, Third Floor
                        New York, New York 10007
                        Tel.   (212) 637-2741

cc:       Counsel of Record (by ECF)