

# U.S. Department of Justice

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

5107 Leesburg Pike, Suite 2000
Falls Church, Virginia 22041



SOROKIN, ANNA
A 216082982
BERGEN COUNTY JAIL
160 SOUTH RIVER STREET
HACKENSACK NJ 07061

DHS/ICE Office of Chief Counsel - NYV
201 Varick Street, Rm. 1130
New York NY 10014

Name: SOROKIN, ANNA

A 216-082-982

Date of this Notice:   2/17/2022

Enclosed is a copy of the Board's decision in the above-referenced case. If the attached decision orders that you be removed from the United States or affirms an Immigration Judge's decision ordering that you be removed, any petition for review of the attached decision must be filed with and received by the appropriate court of appeals within 30 days of the date of this decision.

Sincerely,

*Donna Carr*

Donna Carr
Chief Clerk

Enclosure

Panel Members:
Mann, Ana

Userteam:   Docket



**U.S. Department of Justice**

Executive Office for Immigration Review

*Board of Immigration Appeals*
*Office of the Clerk*

*5107 Leesburg Pike, Suite 2000*
*Falls Church, Virginia 22041*

**Aubrey A. Thomas**
**The Law Offices Of Aubrey A. Thomas**
**245-07 Francis Lewis BLVD**
**Rosedale, NY 11422**

**DHS/ICE Office of Chief Counsel - NYV**
**201 Varick Street, Rm. 1130**
**New York NY 10014**

Name: SOROKIN, ANNA         A 216-082-982

Date of this Notice:    2/17/2022

Enclosed is a courtesy copy of the Board's decision and order in the above-referenced case.

Sincerely,

*Donna Carr*

Donna Carr
Chief Clerk

Enclosure

Panel Members:
Mann, Ana

Userteam:    Docket

NOT FOR PUBLICATION

U.S. Department of Justice
Executive Office for Immigration Review
Board of Immigration Appeals

MATTER OF:

Anna SOROKIN, A216-082-982

Applicant

**FILED**
Feb 17, 2022

ON BEHALF OF APPLICANT: Pro se[1]

IN ASYLUM ONLY PROCEEDINGS
On Motion from a Decision of the Board of Immigration Appeals

Before: Mann, Appellate Immigration Judge

MANN, Appellate Immigration Judge

    This case was last before the Board on October 21, 2021, when we dismissed the applicant's appeal from the Immigration Judge's June 15, 2021, decision. On November 29, 2021, the applicant filed the instant "emergency motion to expand the time to file notice of appeal and for a stay of deportation pending decision and order." We understand that the applicant is asking us to reissue our October 21, 2021, decision to enable her to timely file a petition for review of that order in the United States Court of Appeals for the Second Circuit. The motion will be denied.

    The applicant asserts that her attorney did not receive our decision until November 22, 2021. In support of her motion, the applicant, by and through the attorney, submitted a sworn statement and what she claims to be a copy of the envelope that contained our October 21, 2021 decision, which reflects a mailing date of November 16, 2021. However, the envelope is not consistent with envelopes used by the Clerk's Office to serve decisions, and the return address printed on the envelope is that of the Executive Office for Immigration Review, Office of the General Counsel (Motion, Exh. A, page 12), which does not send decisions issued by the Board of Immigration Appeals. Because the applicant has not shown that our prior decision was improperly served we will deny her motion to reissue our prior order. Since there is nothing pending before the Board the applicant's stay of removal, granted on November 30, 2021, is no longer warranted and will be withdrawn. The stay will be denied.

    ORDER: The motion to reissue is denied.

    FURTHER ORDER: The stay of removal is denied.

---

[1] This motion was filed by an attorney, but counsel did not enter an appearance through a Notice of Entry of Appearance as Attorney (Form EOIR-27). We will not recognize counsel, but we will send a courtesy copy of this decision to counsel.