AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| Anna Sorokin, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 21 Civ. 9452 (JMF) |
| Carl E. DuBois, Orange County Sheriff, et al., | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all defendants.

Date: 03/04/2022

/s/ Rebecca R. Friedman
*Attorney's signature*

AUSA Rebecca R. Friedman
*Printed name and bar number*

United States Attorney's Office
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
*Address*

rebecca.friedman@usdoj.gov
*E-mail address*

(212) 637-2614
*Telephone number*

(212) 637-2786
*FAX number*