

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

March 4, 2022

**By ECF**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

        Re:    *Sorokin v. Dubois*, 21-cv-9452 (JMF)

Dear Judge Furman:

    I write respectfully to inform the Court that I will soon be leaving the United States Attorney's Office. Accordingly, I request entry of an order terminating my appearance in this matter. My colleague, AUSA Rebecca Friedman, has already appeared on behalf of the respondents and will continue to handle the case.

    I thank the Court for its consideration of this submission.

               Respectfully,

               DAMIAN WILLIAMS
               United States Attorney for the
               Southern District of New York

By:    /s/ *Brandon M. Waterman*
       BRANDON M. WATERMAN
       Assistant United States Attorney
       86 Chambers Street, Third Floor
       New York, New York 10007
       Tel.   (212) 637-2741

cc:    Counsel of Record (by ECF)

SO ORDERED.

*[signature]*

March 4, 2022